UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-14006-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK D. PHILLIPS,

    Defendant.
_____/



FILED by ___ D.C.

AUG 1 0 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

# REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATIONS SET FORTH IN PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an evidentiary hearing on August 10, 2010 in respect to the pending Petition Alleging Violations Of Supervised Release and this Court having conducted a hearing, this Court recommends to the District Court as follows:

1.     The Defendant appeared before this Court on August 10, 2010 for an evidentiary hearing in respect to a Petition Alleging Violations Of Supervised Release alleging four violations set forth in the Petition. Based upon agreement with the government, the Defendant agreed to admit Violation Number1 and Violation Number 4, and the government agreed to dismiss Violation Numbers 2 and 3 pending against the Defendant. The violations the Defendant is admitting are set forth as follows:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about December 13, 2009, in Saint Lucie County, Florida, the defendant committed the offense of possession with intent to sell, manufacture or deliver opium or its derivative, contrary to Florida Statute 893.13(1)(A)(1). |

**Violation Number 4**   **Violation of Standard Condition**, by associating with a person engaged in criminal activity. On or about December 13, 2009, the defendant was arrested at the McDonald's Restaurant in Port Saint Lucie, Florida, with Rowan Kearny Norquest, W/M; DOB: 10/22/1981, identified and arrested by the Saint Lucie County Sheriff's Office as being in possession of drug paraphernalia, contrary to Florida Statute 893.147.

2.  After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violation Number 1 and Violation Number 4 as set forth in the Petition. The government agreed to dismiss Violation Numbers 2 and 3. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Number 1 and Violation Number 4 as set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _10th_ day of August, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Theodore M. Cooperstein
AFPD Dave Lee Brannon
U. S. Probation
U. S. Marshal